**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| COMFORT WHEELS INC., | |
| Plaintiff, | |
| v. | No. 1:21-cv-00556-TSE-JFA |
| SHENZHEN MIRUISI TECHNOLOGY CO., LTD., | |
| Defendant. | |

**MOTION FOR DEFAULT JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 55(b), Plaintiff Comfort Wheels Inc. ("Plaintiff" or "CWI"), by and through its undersigned counsel, hereby moves the Court for an entry of final default judgment against Defendant Shenzhen Miruisi Technology Co., Ltd. ("Defendant").

As described more fully in the accompanying memorandum of law, this Court has subject matter jurisdiction over the patent claims at issue and personal jurisdiction over Defendant. Defendant was served as of May 17, 2021; service was proper; and Defendant has failed to respond. CWI's Complaint alleges facts establishing all of the necessary elements of its claims.

For the reasons stated in greater detail in the accompanying memorandum of law, and because the record in this case demonstrates that Defendant has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests that this Court enter an Order finding that Defendant was served and that service was proper; and that United States Design Patent No. D892,010 ("the '010 Patent") is invalid pursuant to 35 U.S.C.

1

§ 102, as anticipated by CWI's vehicle visor product bearing the design claimed in the '010 Patent that was on sale for years prior to the '010 Patent's priority date.

Plaintiff further respectfully requests such other and further relief as the Court deems just and proper.

Dated: July 23, 2021                                    Respectfully submitted,

OF COUNSEL:                                         */s/ Craig C. Reilly*
Tuvia Rotberg                                      Craig C. Reilly (VSB No. 20942)
Sandra A. Hudak                                    THE OFFICE OF CRAIG C. REILLY, ESQ.
TARTER KRINSKY & DROGIN LLP                        209 Madison Street, Suite 501
1350 Broadway                                      Alexandria, VA 22314
New York, NY  10018                                Tel.:     (703) 549-5354
Tel.:     (212) 216-8000                           Fax:     (703) 549-5355
Fax:     (212) 216-8001                            E-mail:  craig.reilly@ccreillylaw.com
E-mail:  trotberg@tarterkrinsky.com
         shudak@tarterkrinsky.com                  ***Attorneys for Plaintiff Comfort Wheels Inc.***

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of the foregoing and a copy of the Notification of Electronic Filing were sent to the Defendant by first class mail and email at the following addresses:

> Shenzhen Miruisi Technology Co., Ltd.
> Room 3629, Bingjiang Building No.14
> Badeng Street
> Nanyuan, Futian, Shenzhen, China
> abroad@51reg.cn
> pair@jumpy-ip.com
> chew@jumpy-ip.com
> nancy-zheng@jumpy-ip.com
> PISZYRXRE@YAHOO.COM

> */s/ Craig C. Reilly*
> Craig C. Reilly (VSB No. 20942)
> THE OFFICE OF CRAIG C. REILLY, ESQ.
> 209 Madison Street, Suite 501
> Alexandria, VA 22314
> Tel.:        (703) 549-5354
> Fax:         (703) 549-5355
> E-mail:      craig.reilly@ccreillylaw.com

> ***Attorneys for Plaintiff Comfort Wheels Inc.***

1