**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| COMFORT WHEELS INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN MIRUISI TECHNOLOGY CO., LTD., <br><br> Defendant. | No. 1:21-cv-00556-TSE-JFA |

**ORDER**

This action comes before the Court on Plaintiff Comfort Wheels Inc.'s ("Plaintiff") Motion for Default Judgment, which seeks an order that U.S. Design Patent No. D892,010 ("the '010 Patent") is invalid pursuant to 35 U.S.C. § 102.

Having reviewed the Motion and the supporting documentation, and having determined that: (i) this Court has jurisdiction; and (ii) service upon the Defendant Shenzhen Miruisi Technology Co., Ltd. ("Defendant") was proper; and (iii) the Complaint alleges facts establishing all of the necessary elements of a claim for a declaratory judgment of patent invalidity pursuant to 35 U.S.C. § 102, it is hereby **ORDERED** that:

1.      Plaintiff's Motion for Default Judgment is **GRANTED**;

2.      The '010 Patent is **INVALID**; and

3.      The Second, Third, and Fourth Causes of Action as set forth in Plaintiff's Complaint (ECF No. 1) are **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Fed. R. Civ. P. 58, and to place this matter among the ended causes.

1

ENTERED this _____ day of _____ 2021.

Alexandria, Virginia

_____
United States District Judge /
United States Magistrate Judge

2