**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| COMFORT WHEELS INC., | |
| Plaintiff, | No. 1:21-cv-00556-TSE-JFA |
| v. | |
| SHENZHEN MIRUISI TECHNOLOGY CO., LTD., | |
| Defendant. | |

**DECLARATION OF JOSHUA AUSCH
IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

I, Joshua Ausch, declare as follows:

1.      I am the Director of Plaintiff Comfort Wheels Inc. ("CWI").

2.      I submit this Declaration in support of CWI's motion for an entry of final default judgment against Defendant Shenzhen Miruisi Technology Co., Ltd.

3.      CWI is an online retailer of a wide variety of products, including vehicle visors.  CWI has been selling vehicle visors online since at least July 2014.

4.      Exhibit 2 to the Complaint includes photographs of the vehicle visor that CWI has sold since 2014 (the "CWI Visor").

5.      CWI has offered for sale the CWI Visor on eBay since July 9, 2014.  Exhibits 3 and 4 to the Complaint include copies of the eBay listing details and purchase history for the CWI Visor.

6.      Additional photographs of the CWI Visor that has been sold since July 2014 are attached as Exhibit A hereto.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 22, 2021
   Brooklyn, New York

By: _____
   Joshua Ausch

# Exhibit A



EXHIBIT A │ Page 1 of 4





EXHIBIT A │ Page 2 of 4





EXHIBIT A │ Page 3 of 4








EXHIBIT A │ Page 4 of 4