**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| COMFORT WHEELS INC., | |
| Plaintiff, | |
| v. | No. 1:21-cv-00556-TSE-JFA |
| SHENZHEN MIRUISI TECHNOLOGY CO., LTD., | |
| Defendant. | |

**NOTICE OF HEARING FOR**

**MOTION FOR DEFAULT JUDGMENT**

TO: Shenzhen Miruisi Technology Co., Ltd.
abroad@51reg.cn
pair@jumpy-ip.com
chew@jumpy-ip.com
nancy-zheng@jumpy-ip.com
PISZYRXRE@YAHOO.COM

**PLEASE TAKE NOTICE** that on Friday, August 20, 2021, at 10:00 a.m., or as soon thereafter as counsel can be heard, the undersigned counsel for Plaintiff Comfort Wheels, Inc. ("Plaintiff") will apply to the United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, Virginia, 22314 for an Order entering default judgment against Defendant Shenzhen Miruisi Technology Co., Ltd. pursuant to Federal Rule of Civil Procedure 55(b).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff shall rely on its Memorandum of Law and Declaration of Joshua Ausch, submitted herewith, as well as the

1

Complaint with all of its exhibits (ECF No. 1).  A proposed form of Order is also submitted herewith.


Dated: July 23, 2021                                  Respectfully submitted,

OF COUNSEL:                                  */s/ Craig C. Reilly*
Tuvia Rotberg                                Craig C. Reilly (VSB No. 20942)
Sandra A. Hudak                              THE OFFICE OF CRAIG C. REILLY, ESQ.
TARTER KRINSKY & DROGIN LLP                  209 Madison Street, Suite 501
1350 Broadway                                Alexandria, VA 22314
New York, NY  10018                          Tel.:    (703) 549-5354
Tel.:    (212) 216-8000                      Fax:     (703) 549-5355
Fax:     (212) 216-8001                      E-mail:  craig.reilly@ccreillylaw.com
E-mail:  trotberg@tarterkrinsky.com
         shudak@tarterkrinsky.com            ***Attorneys for Plaintiff Comfort Wheels Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of the foregoing and a copy of the Notification of Electronic Filing were sent to the Defendant by first class mail and email at the following addresses:

Shenzhen Miruisi Technology Co., Ltd.
Room 3629, Bingjiang Building No.14
Badeng Street
Nanyuan, Futian, Shenzhen, China
abroad@51reg.cn
pair@jumpy-ip.com
chew@jumpy-ip.com
nancy-zheng@jumpy-ip.com
PISZYRXRE@YAHOO.COM

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB No. 20942)
THE OFFICE OF CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, VA 22314
Tel.:        (703) 549-5354
Fax:        (703) 549-5355
E-mail:    craig.reilly@ccreillylaw.com

***Attorneys for Plaintiff Comfort Wheels Inc.***

1